FILED JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name  __LOFTON          KENNETH__
    (Last)    (First)    (Initial)

Prisoner Number __#86970    SAN MATEO Co. JAIL__

Institutional Address __300 Bradford ST, Redwood City CA. 94063__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__KENNETH LOFTON__
(Enter the full name of plaintiff in this action.)

vs.   #2127

__Edward J Soares__
__Ramzi, Carter #2156__

(Enter the full name of the defendant(s) in this action)

Case No. __CV 08 2937__ (PR)
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.   Place of present confinement __SAN MATEO CO. JAIL__

   B.   Is there a grievance procedure in this institution?
         YES ( )    NO (✓)

   C.   Did you present the facts in your complaint for review through the grievance procedure?
         YES ( )    NO (✓)

   D.   If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT        - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  LINES 1 THRU 4 DOES NOT APPLY TO THIS MATTER THIS ISSUE APPLYS TO A

2. First formal level  OUTSIDE AGENCY

3. Second formal level _____

4. Third formal level _____

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ( )    NO (X)  BECAUSE IT didN'T APPLY.

F. If you did not present your claim for review through the grievance procedure, explain why. BECAUSE THIS ISSUE IS WITH THE EAST PALO ALTO POLICE DEPT.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

KENNETH LOFTON # 86970
300 BRADFORD ST, REDWOOD CITY CALIF, 94063

B. Write the full name of each defendant, his or her official position, and his or her place of employment.   # 2127 EAST PALO ALTO POLICE DEPT,
EDWARD J SOARES
RAMZI CARTER # 2156  EAST PALO ALTO POLICE DEPT,

COMPLAINT    - 2 -

1
2
3

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

ON AUG, 24-2007 I WAS WALKING DOWN THE STREET WHEN A POLICE PATROL CAR PULLED UP NEXT BESIDE ME. WHEN OFFICER, RAMZI CARTER JUMPED OUT OF THE CAR AN POINTED HIS GUN AT ME THEN TOLD ME TO GET ON THE GROUND I TRIED TO COMPLY BY SHOWING HIM MY I.D. AND PAROLE dis-CHARGE CARD TO SHOW THAT I WASN'T WANTED WHEN FIVE OTHER PEOPLE RAN FROM THE SCENE WHICH SHOWED — CONT

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

IVE SUFFERED NEARLY 1 YEAR I WANT TO BE COMPESATED FOR PUNITIVE DAMAGES AND MY PAIN AND SUFFERING FOR THE BOGUS ARREST AN INCARCERATION

COMPLAINT                    - 3 -

THEIR GUILT NOT MINE. AT THAT TIME IM ON THE GROUND OFFICER EDWARD JOHN SOARES STATED THAT HE SEEN ME THROW A PIECE OF NARCOTICS PARAPHERNALIA ONTO THE GROUND IN A CLEAR PLASTIC BAG SUBSTANCE KNOW AS "COCAINE BASE. THEN I WAS ARRESTED

THROUGH ALL COURT PROCEEDINGS AND BEING HELD NEARLY 1 YEAR DNA TEST RESULTS PROVED THAT I HAD NO CONTACT WITH THE COCAINE OR PARAPHERNALIA WHEN HE SWORE IN TESTIMONY THAT I THREW THEM ON THE GROUND I AM WRONGLY ACCUSED AND SHOULD HAVE BEEN RELEASED

IM FILING THIS CLAIM WITH FACTS THAT I WAS RACIALY PROFILED AND HARRASED. WHEN THERE WAS NO CAUSE AND NO GUILT ON MY PART. I WASN'T WANTED OR ON PAROLE OR PROBATION EAST PALO ALTO POLICE DEPT. HAS A HISTORY OF ABUSE AND FORCE WITHOUT ANY MEANS

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3RD__ day of __JUNE__, 20__08__

_Kenneth Loften_
(Plaintiff's signature)

COMPLAINT                                              - 4 -

KENNETH LOFTON · 86970-5W30
300 BRADFORD
REDWOOD CITY, CALIFORNIA
94063

RECEIVED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATT: CLERK
C/O UNITED DISTRICT COURT
450 GOLDEN GATE AVE BOX 36060
SAN FRANCISCO, CALIFORNIA
94102