FILED
JUN 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    2937   CW (PR)

Kenneth Lofton

Plaintiff,

vs.

East Palo Alto Police Department

Defendant.

CASE NO. SC64642A

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Kenneth Lofton declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?     Yes ___   No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____0_____  Net: _____0_____

Employer: _____0_____

_____0_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.  (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _UNEMPLOYED_____
4  _____
5  _____
6  2.     Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8        a.     Business, Profession or                    Yes ___ No _X_
9               self employment
10       b.     Income from stocks, bonds,                 Yes ___ No _X_
11              or royalties?
12       c.     Rent payments?                             Yes ___ No _X_
13       d.     Pensions, annuities, or                    Yes ___ No _X_
14              life insurance payments?
15       e.     Federal or State welfare payments,         Yes ___ No _X_
16              Social Security or other govern-
17              ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.    Ø
20  _____
21  _____Ø_____
22  3.     Are you married?              Ø             Yes ___ No _X_
23  Spouse's Full Name: _____Ø_____
24  Spouse's Place of Employment: _____Ø_____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____Ø_____ Net $_____Ø_____
27  4.     a.     List amount you contribute to your spouse's support:$ _____
28         b.     List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____
_____Ø_____

5. Do you own or are you buying a home? Yes ___ No _X_
Estimated Market Value: $___Ø___ Amount of Mortgage: $___Ø___
6. Do you own an automobile? Yes ___ No _X_
Make _____ Year _____ Model _____
Is it financed? Yes ___ No _Ø_ If so, Total due: $ _____
Monthly Payment: $ __Ø__
7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: _____
_____
Present balance(s): $ _____
Do you own any cash? Yes ___ No _X_ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_
_____

8. What are your monthly expenses?
Rent: $ _NONE_____ Utilities: _NONE_____
Food: $ _NONE_____ Clothing: _NONE_____
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

1 | NONE
2 | _____
3 | 10.    Does the complaint which you are seeking to file raise claims that have been presented in
4 | other lawsuits?   Yes ___  No  X
5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6 | they were filed.
7 | _____
8 | _____
9 |         I consent to prison officials withdrawing from my trust account and paying to the court the
10 | initial partial filing fee and all installment payments required by the court.
11 |         I declare under the penalty of perjury that the foregoing is true and correct and understand
12 | that a false statement herein may result in the dismissal of my claims.
13 |
14 | 6/13/08                          Kenneth Lofton
15 |    DATE                          SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

1
2                                             Case Number: __SC646424A__
3
4
5
6
7
8                                  CERTIFICATE OF FUNDS
9                                              IN
10                                 PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of __Kenneth Lofton__ for the last six months at
14                                        [prisoner name]
15   __MAGUIRE CORRECTIONAL FACILITY__ where (s)he is confined.
16         [name of institution]
17        I further certify that the average deposits each month to this prisoner's account for the most
18   recent 6-month period were $ __15.00__ and the average balance in the prisoner's account
19   each month for the most recent 6-month period was $ __20.00__.
20
21   Dated: __6/3/08__                        __S. HERNDEL #731__
22                                              [Authorized officer of the institution]
23
24
25
26
27
28

```
MAGUIRE CORRECTIONAL FACILITY
INMATE CASH HISTORY

11:01:03  03 Jun 2008

ID NUMBER: 86970

INMATE: LOFTON, KENNETH

                         DEPOSIT OR
   DATE      TIME  RECEIPT <WITHDRAW>  BALANCE   AUTHORIZATION
----------  -----  -------  ----------  --------  --------------
25 Aug 07  00:43  1637546      0.00       0.00   SH/NEW
07 Sep 07  02:51  1499999     15.00      15.00   MO # R1006597249
                                                 02
12 Sep 07  06:21  2261285    <13.10>      1.90   COMMISSARY
21 Sep 07  07:55  1401602     20.00      21.90   VIC
23 Sep 07  06:12  1401783     15.00      36.90   MO 10065972644
26 Sep 07  05:57  2262231    <22.80>     14.10   COMMISSARY
27 Sep 07  13:49  2175027     <5.40>      8.70   COMMISSARY
03 Oct 07  05:52  2175367     <7.70>      1.00   COMMISSARY
14 Oct 07  08:41  1404041     20.00      21.00   CH/MO# R10085703
                                                 1210
17 Oct 07  06:10  2263938    <11.00>     10.00   COMMISSARY
21 Oct 07  20:38  1404900     10.00      20.00   CO: ERIC N.
24 Oct 07  06:20  2176686    <20.00>      0.00   COMMISSARY
11 Nov 07  12:11  1407079     10.00      10.00   DN/FRANCIS
14 Nov 07  07:21  2178422    <10.00>      0.00   COMMISSARY
18 Nov 07  13:53  1407808     20.00      20.00   VICTOR
20 Nov 07  15:58  2178877    <19.80>      0.20   COMMISSARY
01 Dec 07  20:52  1409121     10.00      10.20   FRANCES
05 Dec 07  06:07  2018092     <9.30>      0.90   COMMISSARY
06 Dec 07  07:50  1409612     15.00      15.90   JOHNATHAN
07 Dec 07  06:04  2179999     <8.70>      7.20   COMMISSARY
12 Dec 07  06:43  2267692     <7.10>      0.10   COMMISSARY
12 Dec 07  15:26  1410292     16.00      16.10   DN/ROBERTO HERRE
                                                 RA
14 Dec 07  06:11  2267932    <16.00>      0.10   COMMISSARY
16 Dec 07  16:41  1410726     20.00      20.10   M.O. R1010440322
                                                 54
19 Dec 07  06:51  2268373    <17.00>      3.10   COMMISSARY
21 Dec 07  07:19  1411210     15.00      18.10   DN/MO#R101044032
                                                 683   NORA LOFTON
21 Dec 07  09:41  2268573     <2.90>     15.20   COMMISSARY
26 Dec 07  06:16  2268650    <12.50>      2.70   COMMISSARY
28 Dec 07  06:19  2181552     <2.50>      0.20   COMMISSARY
30 Dec 07  20:03  1412255     10.00      10.20   CO: CHRIS
02 Jan 08  06:31  2181835     <9.80>      0.40   COMMISSARY
08 Jan 08  11:07  1413010     20.00      20.40   VICK
10 Jan 08  11:13  2182414    <17.30>      3.10   COMMISSARY
16 Jan 08  07:00  1413786     15.00      18.10   MO# R10104403464
                                                 1 NORA LOFTON  /
                                                 TL
17 Jan 08  15:14  1413921     20.00      38.10   CH/FROM GARRON
18 Jan 08  06:22  2270727     <4.10>     34.00   COMMISSARY
23 Jan 08  06:27  2183144    <24.80>      9.20   COMMISSARY
24 Jan 08  10:19  2183418     <5.60>      3.60   COMMISSARY
29 Jan 08  07:09  1415022     15.00      18.60   DN/MO#R101044035
                                                 356   NORA LOFTON
30 Jan 08  06:29  2018413    <18.10>      0.50   COMMISSARY
```

```
08 Feb 08 13:53 1416090         20.00    50.50 CO: CARRELL
10 Feb 08 20:09 1416384         30.00    21.40 COMMISSARY
13 Feb 08 06:43 2272124       <29.10>     0.30 COMMISSARY
15 Feb 08 06:36 2185262       <21.10>    20.30 CO: LARONE
15 Feb 08 21:05 1416870         20.00     0.40 COMMISSARY
20 Feb 08 07:03 2272634       <19.90>    20.40 MO 10104403697
23 Feb 08 06:33 1417643         20.00     0.30 COMMISSARY
27 Feb 08 06:38 2186073       <20.10>    20.30 DN/MO#9341573194
05 Mar 08 07:04 1418806         20.00          1080222710390  M
                                               ARY

07 Mar 08 06:52 2274174       <20.10>     0.20 COMMISSARY
07 Mar 08 13:31 1419050         20.00    20.20 VIC
11 Mar 08 13:36 1419450         20.00    40.20 DN/GARY
12 Mar 08 05:56 2274509       <38.20>     2.00 COMMISSARY
14 Mar 08 05:43 2187343        <2.00>     0.00 COMMISSARY
17 Mar 08 10:21 1420115         20.00    20.00 SS/NEPHEW
17 Mar 08 10:42 1420119         40.00    60.00 SS/MARKETA
19 Mar 08 05:48 2019208       <52.60>     7.40 COMMISSARY
21 Mar 08 05:47 2019279        <7.40>     0.00 COMMISSARY
25 Mar 08 12:26 1420983         20.00    20.00 EG/FROM MARKETA
27 Mar 08 14:20 1421219         20.00    40.00 RS/PAT
28 Mar 08 05:55 2188460       <39.80>     0.20 COMMISSARY
01 Apr 08 13:09 1421786         20.00    20.20 SS/LAMONT
01 Apr 08 14:27 1421801         20.00    40.20 YOPIMP
02 Apr 08 05:51 2019427       <38.70>     1.50 COMMISSARY
03 Apr 08 13:22 1422021         20.00    21.50 DN/MARKETA
04 Apr 08 06:15 2276386       <21.50>     0.00 COMMISSARY
11 Apr 08 06:51 1422903         20.00    20.00 DN/MO#R200730350
                                                 689   NORA LOFTON
16 Apr 08 05:48 2019699       <19.90>     0.10 COMMISSARY
17 May 08 06:44 1426853         20.00    20.10 RS/MO 9341573523
                                                 6
21 May 08 06:10 2193324       <20.00>     0.10 COMMISSARY
31 May 08 10:52 1428299         20.00    20.10 DESANTIS/VCC
```