Kenneth Lofton #86970
San Mateo County Jail
300 Bradford St.
Redwood City, CA 94063

CV08-02937 CW

